IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORGE P. RUIZ,

    Petitioner,        No. 2:11-cv-3415 MCE KJN P

    vs.

CONNIE GIBSON, Warden,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On May 1, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Neither party has filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

///

1. The findings and recommendations filed May 1, 2012 (ECF No. 28), are ADOPTED IN FULL;

2. Petitioner's motion for "stay and abeyance" (ECF No. 19) is GRANTED; and

3. Petitioner shall file a motion to lift the stay in this court, within thirty days from the date the California Supreme Court issues a final order resolving petitioner's claims three through five.[1]

Dated: July 6, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is cautioned to expeditiously exhaust his state court remedies as to claims three through five, and promptly seek to lift the stay once the California Supreme Court rules on these claims. (ECF No. 28 at 6.)